UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:08-CR-016 |
| | ) | |
| MELISSA MOORE | ) | |

**O R D E R**

By judgment entered March 10, 2010, the defendant was sentenced to a term of imprisonment of 44 months to be followed by four years of supervised release. The defendant has now moved, *pro se*, for early termination of her term of supervision which commenced in September, 2011. [Doc. 273]. Both the supervising probation officer and the prosecuting attorney have advised the court that they do not oppose the requested relief.

The court has considered the motion and finds it well-taken. It appears that the defendant has complied with the rules and conditions of her supervision and has achieved all supervision objectives.

The defendant's motion [doc. 273] is accordingly **GRANTED**, and it is hereby ordered that she be discharged from supervision.

Dated this 13th day of March, 2015.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge